**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 04-7739

———————————

CALVIN R. MALLORY,

                                    Plaintiff - Appellant,

        versus

CHAIRMAN, VIRGINIA PAROLE BOARD,

                                    Defendant - Appellee.

———————————

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.   David G. Lowe, Magistrate Judge. (CA-02-337)

———————————

Submitted:  February 24, 2005        Decided:  March 8, 2005

———————————

Before NIEMEYER, WILLIAMS, and KING, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Calvin R. Mallory, Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Calvin R. Mallory appeals the magistrate judge's order declining to consider his letter submitted to the court because it did not comply with requirements set forth in the district court's order entered October 4, 2002. We have reviewed the record and find no reversible error. Accordingly, we deny Mallory's motion to proceed in formal pauperis and dismiss for the reasons stated by the district court. See Mallory v. Chairman Virginia Parole Bd., No. CA-02-337 (E.D. Va. Oct. 18, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

- 2 -